UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                       Plaintiff,

-against-

JADAIR NEWKIRK,

                       Defendant.
-------------------------------------------------------------X

**MEMORANDUM**
19 Cr. 171
~~18 Cr. 291~~ (KMK)

TO: <u>Kenneth M. Karas, United States District Judge:</u>

    Please find attached a transcript of the September 10, 2019 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: October 18, 2019
       White Plains, New York

                                       Respectfully Submitted,

                                       */s/ Judith C. McCarthy*
                                       JUDITH C. McCARTHY
                                       United States Magistrate Judge