

# Margaret M. Shalley
## & Associates, LLC

Of Counsel:
James M. Branden
James Shalley

November 25, 2019

**VIA ECF & FIRST CLASS MAIL**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

       Re: *U.S. v. Jadair Newkirk*
          **19 Cr. 171 (KMK)**

Dear Judge Karas:

  I am the attorney for the defendant, Jadair Newkirk, in the above-referenced matter. The purpose of this letter is to respectfully request a six-week adjournment of the defendant's sentencing, which is currently scheduled for December 11, 2019, at 2:00 P.M. Mr. Newkirk was recently moved to Orange County Jail and counsel has been unable to visit him to review the initial disclosure of the PSR before the due date for the sentencing submission. Additionally, counsel has not yet received letters from Mr. Newkirk's family and friends which are to be included in his sentencing submission. An adjournment of six weeks will provide counsel sufficient time to meet with Mr. Newkirk at the Orange County facility and receive the letters. This is Mr. Newkirk's first request for an adjournment of his sentencing. The Government does not object to this request. Accordingly, it is respectfully requested that the sentencing be adjourned for six weeks to the week of January 20, 2020, or a date that is convenient to the Court. The Court's time and attention to this matter is greatly appreciated.

             Respectfully submitted,

             /s/

             Margaret M. Shalley

cc: AUSA Samuel Raymond
  *via ECF*

*Handwritten endorsement:* Granted – Sentence is adjourned to 1/21/20, at 10:00
So Ordered –
[signature] 11/25/19